IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00353-CV

 

Donald K. Lewis and 

Donald Alan Stewart,

                                                                      Appellants

 v.

 

Larry Wayne Degner, et al.,

                                                                      Appellees

 

 

 



From the 170th District Court

McLennan County, Texas

Trial Court No. 2005-143-4

 



MEMORANDUM  Opinion



 








          Appellants have filed motions to dismiss this interlocutory appeal
because Appellees have nonsuited
their claims and the trial court has signed orders dismissing the claims with
prejudice.  Appellees have not filed a response.  Accordingly, the appeal is
dismissed.  See Tex. R. App. P. 42.1(a)(1). 


PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal dismissed

Opinion delivered and
filed March 22, 2006

[CV06]






ss=MsoNormal style='text-align:justify'>Do
not publish